**Reginald L. LEE, Plaintiff–Appellant,**

v.

**MAYOR AND CITY COUNCIL OF BALTIMORE; Jay A. Dackman, P.A.; Anthony J. DeLaurentis, P.A.; William M. O'Connell, P.A.; John K. Reiff, P.A.; Jack E. Reid; DeLaurentis, Reiff & Reid, LLC; Ron Sroka, P.A.; Benjamin Zajdel; Stanley Al-**

pert, P.A.; Heidi S. Kenny, P.A.; Karen M. Authement, P.A.; Mary F. Keenan, Assistant Solicitor; Kyriakos Marudas, Assistant Solicitor; A.J. Billig Auctioneers, Defendants–Appellees.

No. 12–2257.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2013.

Decided: Jan. 22, 2013.

Reginald Lee, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald L. Lee appeals the district court's order dismissing his civil complaint for lack of jurisdiction pursuant to the *Rooker–Feldman* * doctrine. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lee v. Mayor & City Council of Balt.*, No. 1:12–cv–02418–JKB (D.Md. filed Sept. 14, 2012; entered Sept. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

* *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983);

*Rooker v. Fid. Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923).